NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE KLEIN; et al., | No.    16-56309 |
| Plaintiffs-Appellants, | D.C. No. 8:08-cv-01369-JLS-MLG |
| v. | |
| CITY OF LAGUNA BEACH and DOES, 1 through 10, | ORDER* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Josephine L. Staton, District Judge, Presiding

Submitted February 6, 2018**
Pasadena, California

Before:  W. FLETCHER and OWENS, Circuit Judges***.

Appellant's motion to dismiss the petition for review, **Dkt # 38**, is

GRANTED.   Accordingly, the memorandum disposition, *Klein v. City of Laguna Beach*, 710 F. App'x 766 (9th Cir. 2018) (unpublished), is VACATED.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

\*\*\*      Judge Reinhardt was on the original panel. The motion for voluntary dismissal was voted upon only by Judges Fletcher and Owens.

The filing of this order shall serve as the court's mandate.